```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Paul Blackmer

    v.                          Civil No. 05-cv-340-PB

Warden, Northern NH Correctional Facility


ORDER

    Re: Document No. 21, Objection to Report and Recommendation

    Ruling: I remand for an evaluation of petitioner's claim that the report and recommendation is incorrect because his petition arises from a separate conviction that has not been the subject of a prior habeas petition.

                                     /s/ Paul Barbadoro
                                     Paul Barbadoro
                                     U.S. District Judge

Date: March 9, 2006

cc: Paul Blackmer, pro se