UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Paul Blackmer</u>

        v.                        Civil No. 05-cv-340-PB

<u>Warden, Northern New Hampshire</u>
<u>Correctional Facility</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 7, 2006.

SO ORDERED.

June 21, 2006                      <u>/s/ Paul Barbadoro</u>
                                     Paul Barbadoro
                                     United States District Judge

cc:    Paul Blackmer, pro se