**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Paul Blackmer</u>

  v.            Civil No. 05-cv-340-PB

<u>Warden, Northern New Hampshire</u>
<u>Correctional Facility</u>

### **O R D E R**

The following motions filed by petitioner Paul Blackmer are hereby granted in part, but only to the extent he seeks to amend his petition for a writ of habeas corpus:

1. Motion to Amend Objection to Report and Recommendation (document no. 11);

2. Second Motion to Amend Rough Final Draft of Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (document no. 12);

3. Motion to Amend Motion to Toll 28 U.S.C. § 2244 Limitations (document no. 13);

4. Motion for Expansion of Time to Submit Memorandum in Support of Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (document no. 14);

5.  Motion to Amend Motion to Toll 28 U.S.C. § 2244 Limitations (document no. 15);

6.  Motion for Further Expansion of Time to Submit Memorandum in Support of Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (document no. 16);

7.  Motion to Again Amend Petition for Writ of Habeas Corpus (document no 17); and

8.  Motion to Amend Motion to Again Amend Petition for Writ of Habeas Corpus (document no. 18).

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: July 31, 2006

cc:  Paul Blackmer, *Pro Se*