UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Paul Blackmer</u>

       v.                                    Civil No. 05-cv-340-PB

<u>Warden, Northern New Hampshire</u>
<u>Correctional Facility</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 7, 2006.

    SO ORDERED.


September  21, 2006                        /s/ Paul Barbadoro
                                                         Paul Barbadoro
                                                          United States District Judge


cc:    Paul Blackmer, pro se